UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON, | No. 2:14-CV-2275 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| EMERALD BUSINESS GROUP, INC., et al., | |
| Defendants. | |

Plaintiff filed a complaint on September 30, 2014, alleging violations of the Americans with Disability Act, the California Disabled Persons and Unruh Acts. The case was set for a pretrial scheduling conference on April 16, 2015, but the date was reset because the parties had not filed a joint status report. Defendants have not yet appeared in this action and as of today's date, no further action has been taken by plaintiff to complete litigation of this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for her failure to prosecute. FED. R. CIV. P. 41(b).

DATED: April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

1